# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY PACIFIC SEACREST, INC., a Philippine Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONCENTRATED FOODLINE CORPORATION, a California Corporation; ANGELITO ROBLES, an Individual,<br><br>Defendants. | Case No.: 2:18-cv-04082-R-AGR<br><br>**PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | |
| 2 | This cause having come before this Court by stipulation between the Parties, Plaintiff Century Pacific Seacrest, Inc. ("Plaintiff") and Defendants Concentrated Foodline Corporation and Angelito Robles (collectively "Defendants"): |

This cause having come before this Court by stipulation between the Parties, Plaintiff Century Pacific Seacrest, Inc. ("Plaintiff") and Defendants Concentrated Foodline Corporation and Angelito Robles (collectively "Defendants"):

WHEREAS, the Parties have agreed that a preliminary injunction can be entered on the below terms;

AND GOOD CAUSE APPEARING THEREFORE, the Court Orders entry of the following preliminary injunction pursuant to Fed. C. Civ. P. 65, during the pendency of the arbitration proceeding initiated by Plaintiff with the American Arbitration Association on or about May 15, 2018, enjoining and restraining Defendants, their officers, agents, servants, any persons, firms or corporations acting in concert with them from directly or indirectly infringing Plaintiff's "KAMAYAN" Trademark, United States Patent and Trademark Office ("U.S.P.T.O.") Registration No., 1,845,779, registered with the U.S.P.T.O. on July 19, 1994 ("KAMAYAN Trademark"), in any manner, including, without limitation, the following:

1. The continued use of the KAMAYAN trademark and the marketing, advertising, promoting, offering for sale, selling, distributing and/or otherwise dealing in goods bearing the KAMAYAN trademark;

2. The unauthorized use of the KAMAYAN trademark or any mark that is confusingly similar to the KAMAYAN Trademark; and

3. Directly or indirectly engaging in the business of manufacturing, marketing, and selling of shrimp paste and its related variants and/or the sale and distribution for third parties of shrimp paste and its related variants in violation of the parties' written agreement.

**IT IS SO ORDERED.**

Dated: August 7, 2018

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1

**PRELIMINARY INJUNCTION**

Case No. 2:18-cv-04082-R-AGR

Respectfully submitted by:

witkow | baskin

By: */s/ Brandon J. Witkow*
    Brandon J. Witkow

WITKOW | BASKIN
Brandon J. Witkow
Erin C. Witkow

SPRING STREET BUSINESS LAW, PC
J. Anthony Borrego

Attorneys for Plaintiff
*Century Pacific Seacrest, Inc.*

CASELLO & LINCOLN

By: */s/ Danforth F. Lincoln*
    Danforth F. Lincoln

Attorneys for Defendants
*Consolidated Foodline Corporation and Angelito Robles*